UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Nov 17  11 26 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| KENNETH MURRAY, et al.<br>Plaintiff | :<br>:<br>: |
| vs. | :<br>: Case No:   3:02cv2191 (PCD) |
| PATRICIA JEFFRES, et al.<br>Defendant | :<br>: |

## ORDER TO SHOW CAUSE

In light of Attorney Bernard E. Jacques' Motion to Withdraw Appearance [Doc. No. 12], Defendant Patricia Jeffres is ordered to:

File a pro se appearance or appearance of a replacement attorney on or before December 1, 2003.

Or, on or before December 1, 2003, show cause why Attorney Jacques' Motion should not be granted.

Attorney Bernard E. Jacques shall serve a copy of this Order with a copy of his Motion to Withdraw [Doc. No. 12] on Defendant, filing a return of service with the Court on or before December 1, 2003.

Should Defendant fail to comply with this Order a default will be entered against her on or after December 1, 2003.

SO ORDERED.

Dated at New Haven, Connecticut, November 17, 2003.

Peter C. Dorsey, U.S. District Judge
United States District Court