**Tim Poloski**
Connecticut State Marshal
38 Risley Road
Vernon, CT 06066                                                                                      (860) 508-6566

**STATE OF CONNECTICUT**                 } ss: Vernon                       **November 26, 2003**

**TOLLAND COUNTY**

Then and there and by virtue hereof and by the direction of the plaintiff's attorney, I left a true and attested copy of the within original Motion To Withdraw Appearance and Order To Show Cause with and in the hands of the within named defendant, **Patricia Jeffres,** at 77 Industrial Park Drive, Vernon, CT.

The within is the original Motion To Withdraw Appearance and Order To Show Cause with my doings hereon endorsed.

ATTEST: _____
Tim Poloski
State Marshal

Fees:
    Copies          5.00
    Travel           3.60
    Endorsements   .40
    Service       30.00
                $ 39.00



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Nov 17  11 26 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

KENNETH MURRAY, et al.
    Plaintiff

vs.

PATRICIA JEFFRES, et al.
    Defendant

Case No: 3:02cv2191 (PCD)

### ORDER TO SHOW CAUSE

In light of Attorney Bernard E. Jacques' Motion to Withdraw Appearance [Doc. No. 12], Defendant Patricia Jeffres is ordered to:

File a pro se appearance or appearance of a replacement attorney on or before December 1, 2003.

Or, on or before December 1, 2003, show cause why Attorney Jacques' Motion should not be granted.

Attorney Bernard E. Jacques shall serve a copy of this Order with a copy of his Motion to Withdraw [Doc. No. 12] on Defendant, filing a return of service with the Court on or before December 1, 2003.

Should Defendant fail to comply with this Order a default will be entered against her on or after December 1, 2003.

SO ORDERED.

Dated at New Haven, Connecticut, November 17, 2003.

Peter C. Dorsey, U.S. District Judge
United States District Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH MURRAY and STEVEN WEINZIMMER, TRUSTEES OF THE I.U.P.A.T. DISTRIC COUNCIL #11 HEALTH FUND; KENNETH MURRAY and STEVEN WEINZIMMER TRUSTEES OF THE I.U.P.A.T. DISTRICT COUNCIL #11 JOINT APPRENTICESHIP AND TRAINING FUND; JAMES WILLIAMS, TRUSTEE OF THE FAIR CONTRACTING FUND; JAMES WILLIAMS, TRUSTEE OF THE POLITICAL ACTION FUND; JAMES WILLIAMS, TRUSTEE OF THE LABOR MANAGEMENT COOPERATION FUND; DISTRICT COUNCIL #11 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO<br>    Plaintiffs,<br><br>VS.<br><br>PATRICIA JEFFRES,<br>DBA ASSOCIATES INTERIOR<br>    CONTRACTOR,<br>DBA ADVANCED INTERIOR<br>    CONTRACTOR,<br>    Defendants | CIVIL ACTION No. 302CV2191 (PCD)<br><br><br><br>October 1, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Bernard E. Jacques, of the law firm of Pepe & Hazard LLP, respectfully asks this court for permission to withdraw as counsel for the defendants, Patricia Jeffrey, sued herein as Patricia Jeffres, doing business as Associated Interior Contractors, sued herein as DBA Associates Interior Contractor, and doing business as Advanced Interior Contractors, sued herein as DBA Advanced Interior Contractor.

BEJ/32049/4/629777v1
10/01/03-HRT/

The Law Firm of Pepe & Hazard and Attorney Bernard E. Jacques have a conflict with its continued representation of defendants.

Ms. Patricia Jeffrey has been the owner/operator of Associated Interior Contractors and is the owner/operator of Advanced Interior Contractors. Ms. Jeffrey consulted Attorney Jacques, while he was a member of Updike, Kelly & Spellacy, P.C. ("Updike"), regarding certain legal issues involved in the operation of Associated Interior Contractors and Advanced Interior Contractors, including advice on labor law related matters. Recently, Ms. Jeffrey has retained Attorney Kevin Tighe to review the legal work performed by Updike and Attorney Jacques. Attorney Tighe has opined that the work performed by Updike under the supervision of Attorney Jacques was deficient and constituted malpractice. On behalf of Ms. Jeffrey, Associated Interior Contractors and Advanced Interior Contractors, Attorney Tighe has made a demand on Updike, who has advised and notified its malpractice insurance carrier. Given the claims made against Updike for work performed under the supervision of Attorney Jacques, a conflict has arisen between Attorney Jacques and the defendants in this action.

In addition, Ms. Jeffrey has stated to Attorney Jacques that she has retained the services of Attorney Tighe to help her understand communications between her and Attorney Jacques. An essential element in the attorney-client relationship is communication. If Ms. Jeffrey needs the services of an attorney to translate or interpret the statements or advice of her attorney in this action, it is clear that she has no faith in the ability of any attorney affiliated with Pepe & Hazard,

2

BEJ/32049/4/629777v1
10/01/03-HRT/

including Attorney Jacques, to communicate effectively and accurately. Without effective communication, it is virtually impossible to represent a client in a contested proceeding.

Patricia Jeffrey, Defendants, has been advised by a letter from Attorney Bernard E. Jacques via facsimile and regular mail stating his intent to withdraw as counsel. In addition, a facsimile copy of this motion has been sent to Ms. Jeffrey and a copy has been sent by certified mail to Ms. Jeffrey's place of business.

Ms. Jeffrey has advised Attorney Jacques that she has the right to oppose this motion, and she has indicated to him that she will do so.

This matter is not scheduled for trial and no undue delay will be caused by the withdrawal of counsel.

        Respectfully submitted,

        Defendant,
        **PATRICA JEFFREY, SUED HEREIN ALSO AS DBA ASSOCIATED INTERIOR CONTRACTOR, DBA ADVANCED INTERIOR CONTRACTOR**

        By _____
           Bernard E. Jacques, Esq.
           Federal Bar No.: ct12293
           Pepe & Hazard LLP
           225 Asylum Street
           Goodwin Square
           Hartford, CT 06103-4302
           Telephone No.: (860) 241-2662
           Facsimile No.: (860) 522-2796
           Bjacques@pepehazard.com

BEJ/32049/4/629777v1
10/01/03-HRT/

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 1st day of October, 2003 to:

**Counsel for Plaintiffs:**

J. William Gagne, Jr.
Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT 06109
Phone: (860) 522-5049

and

Patricia A. Jeffrey
President
Advanced Interior Contractors
P.O. Box 2077
Vernon, CT 06066-2077

and

Kevin M. Tighe
Attorney at Law
1776 Boston Turnpike
Coventry, Connecticut 06238

_____
Bernard E. Jacques

4

BEJ/32049/4/629777v1
10/01/03-HRT/