

Advanced Interior Contractors, LLC
P.O. Box 2077
Vernon, CT 06066
Phone: (860) 872-5465    Fax: (860) 870-5544

FILED
DEC 2  12 08 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

November 26, 2003

Peter C. Dorsey, U.S. District Judge
United States District Court
Office Of The Clerk
141 Church Street
New Haven, Ct. 06510

Re: Murray, et al. v. Patricia Jeffres, et al.
    Case No: 3:02cv2191 (PCD)

Dear Judge Dorsey:

    In the above referenced matter, I am asking for an extension due to the fact I just received it. I have spoken to Attorney Jacques at Pepe & Hazard and was told he would consent to an extension. I would like until January 5, 2004. Please be aware that I have never asked for an extension.

Very truly yours,

Patricia Jeffrey
Member
860-872-5465

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 28th day of November, 2003 to:

Counsel for Plaintiffs:

J. William Gagne, Jr.
Gagne & Associates
1260 Silas Deane Highway
Wethersfield, Ct. 06109

and

Bernard E. Jacques, Esq.
Pepe & Hazard LLP
225 Asylum Street
Goodwin Square
Hartford, Ct. 06103-4302


_____
Patricia Jeffrey