02-2195 MOT CONF
02-2191 Mot to Conf

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH MURRAY, TRUSTEE, ET AL. | : | CIVIL ACTION |
| | : | NO. 3:02-CV-2191 (PCD) |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| PATRICIA JEFFRES | : | |
| | : | |
| Defendant | : | DECEMBER 11, 2003 |

### REQUEST FOR POSTPONEMENT OF SETTLEMENT/STATUS CONFERENCE

The Plaintiffs hereby request a postponement of the settlement conference scheduled for December 19, 2003 at 11:30 a.m. This postponement is needed because the client who is authorized to settle will not be available on that day. The postponement is also needed because Counsel for Plaintiff is scheduled to begin holiday vacation on that day. Bernard Jacques, attorney for Defendant has no objection to this postponement.

Respectfully submitted,
PLAINTIFF,
KENNETH MURRAY, ET AL

By: _____
J. William Gagne, Jr.
Law Office of J. Wiliam Gagne, Jr.
& Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049
Federal Bar No. ct02126

DENIED. SO ORDERED.
Peter C. Dorsey, U.S. District Judge
12/16/03