## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

FILED
FEB 3  3 02 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

KENNETH MURRAY, et al. :
    Plaintiff :
     :
vs. :
     : Case No:   3:02cv2191 (PCD)
PATRICIA JEFFRES, d/b/b Associated :
Interior Contractor, d/b/a Advanced :
Interior Contractor. :
    Defendant :

### ORDER

Attorney Bernard E. Jacques' Motion to Withdraw Appearance [Doc. No. 12] is **granted**. As contemplated by this Court's November 17, 2003 Order [Doc. No. 13] and in light of Defendant's failure find a replacement attorney, file a pro se appearance, or show cause why Attorney Jacques should not be permitted to withdraw, a **default** is hereby entered against Defendant. Plaintiffs shall file a motion for judgment on the default on or before February 20, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, February 3, 2004.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court