UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Feb 9  4 05 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| KENNETH MURRAY, et al.<br>    Plaintiff | :<br>:<br>: |
| vs. | :<br>:   Case No:  3:02cv2191 (PCD) |
| PATRICIA JEFFRES, d/b/b Associated<br>Interior Contractor, d/b/a Advanced<br>Interior Contractor.<br>    Defendant | :<br>:<br>:<br>: |

**ORDER VACATING ENTRY OF DEFAULT**

This Court's February 3, 2004 Order [Doc. No. 19] granting Attorney Jacques' Motion to Withdraw and entering a default against Defendant is **vacated** with respect to the default. Although Defendant never responded to the Order to Show Cause, dated November 17, 2003 [Doc. 13], she had filed a pro se appearance on April 29, 2003 and is therefore in compliance with the Order to Show Cause. The Order granting Attorney Jacques' Motion to Withdraw remains in effect.

SO ORDERED.

                                        Dated at New Haven, Connecticut, February 9, 2004.

                                                        Peter C. Dorsey, U.S. District Judge
                                                        United States District Court