UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
FEB 27  3 07 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

KENNETH MURRAY, ET AL
    Plaintiff

vs.                              Case No. 3:02cv2191 (PCD)

PATRICIA JEFFRES, d/b/a Associated
Interior Contractor, Inc. d/b/a Advanced
Interior Contractor, LLC

**SUGGESTION OF BANKRUPTCY**

The undersigned counsel in Bankruptcy for the defendants, Patricia A. Jeffrey, Associated Interior Contractors, Inc. and Advanced Interior Contractors, LLC, hereby advise this Court that on January 13, 2004, the said defendants each filed a Voluntary Chapter 7 Bankruptcy, copies of the notices of filings are attached hereto as Schedules A, B and C, thereby staying this action.

DEFENDANTS

By: _____  2-16-04
Alan B. Silver, Esquire
274 Silas Deane Highway
Wethersfield, CT 06109
(860) 257-9327
alan@asilver.net

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)     Case Number 04-20106 rlk

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/13/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Patricia A. Jeffrey
aka Patricia Jeffrey
23 Grand Avenue
Vernon Rockville, CT 06066

| Case Number:* | Social Security/Taxpayer ID Nos.: |
|---|---|
| 04-20106 rlk | 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 |
| Attorney for Debtor(s) (name and address):<br>Alan B. Silver<br>Law Offices of Alan B. Silver, LLC<br>274 Silas Deane Highway<br>Wethersfield, CT 06109-2914<br>Telephone number: (860) 257-9327 | Bankruptcy Trustee (name and address):<br>John J. O'Neil<br>255 Main Street<br>Hartford, CT 06106<br>Telephone number: (860)527-3271 |

### Meeting of Creditors:
Date: **February 5, 2004**      Time: **10:00 AM**
Location: **450 Main Street, Room 742, Hartford, CT 06103**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 4/5/04**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.
*THE BANKRUPTCY CASE NUMBER, INCLUDING THE INITIALS OF THE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED SHALL BE TYPED ON EACH SUBSEQUENT PLEADING PURSUANT TO DISTRICT COURT LOCAL RULE 6 AND BANKRUPTCY COURT LOCAL RULE 1001.1.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office:<br>450 Main Street<br>7th Floor<br>Hartford, CT 06103<br>Telephone number: 860-240-3675<br>NOTE: VCIS 24 hour information Toll Free: 1-800-800-5113 | For the Court:<br>Clerk of the Bankruptcy Court:<br>*Deborah S. Hunt* (signature)<br>Deborah S. Hunt |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 1/20/04 |

FORM B9B (Chapter 7 Corporation/Partnership No Asset Case) (12/03)     Case Number 04-20105 rlk

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on 1/13/04.

You may be a creditor of the debtor. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Associated Interior Contractors, Inc.
23 Grand Avenue
Rockville, CT 06066

| Case Number:* | Taxpayer ID Nos.: |
|---|---|
| 04-20105 rlk | 06-1414919 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Alan B. Silver<br>Law Offices of Alan B. Silver, LLC<br>274 Silas Deane Highway<br>Wethersfield, CT 06109-2914<br>Telephone number: (860) 257-9327 | John J. O'Neil<br>255 Main Street<br>Hartford, CT 06106<br>Telephone number: (860)527-3271 |

### Meeting of Creditors:

Date: February 5, 2004     Time: 10:00 AM
Location: 450 Main Street, Room 742, Hartford, CT 06103

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.
*THE BANKRUPTCY CASE NUMBER, INCLUDING THE INITIALS OF THE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED SHALL BE TYPED ON EACH SUBSEQUENT PLEADING PURSUANT TO DISTRICT COURT LOCAL RULE 6 AND BANKRUPTCY LOCAL RULE 1001.1

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 450 Main Street<br>7th Floor<br>Hartford, CT 06103<br>Telephone number: 860-240-3675<br>NOTE: VCIS 24 hour information Toll Free: 1-800-800-5113 | Clerk of the Bankruptcy Court:<br><br>*Deborah S. Hunt* (signature)<br><br>Deborah S. Hunt |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 1/20/04 |

014067

SCHEDULE C

FORM B9B (Chapter 7 Corporation/Partnership No Asset Case) (12/03)      Case Number 04-20104 rlk

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor Other listed below was filed on 1/13/04.

You may be a creditor of the debtor. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Advanced Interior Contractors, LLC
P.O. Box 2077
Rockville, CT 06066

| Case Number:* | Taxpayer ID Nos.: |
|---|---|
| 04-20104 rlk | 06-1570580 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Alan B. Silver<br>Law Offices of Alan B. Silver, LLC<br>274 Silas Deane Highway<br>Wethersfield, CT 06109-2914<br>Telephone number: (860) 257-9327 | John J. O'Neil<br>255 Main Street<br>Hartford, CT 06106<br>Telephone number: (860)527-3271 |

### Meeting of Creditors:

Date: February 5, 2004      Time: 10:00 AM
Location: 450 Main Street, Room 742, Hartford, CT 06103

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.
**THE BANKRUPTCY CASE NUMBER, INCLUDING THE INITIALS OF THE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED SHALL BE TYPED ON EACH SUBSEQUENT PLEADING PURSUANT TO DISTRICT COURT LOCAL RULE 6 AND BANKRUPTCY LOCAL RULE 1001.1

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 450 Main Street<br>7th Floor<br>Hartford, CT 06103<br>Telephone number: 860-240-3675<br>NOTE: VCIS 24 hour information Toll Free: 1-800-800-5113 | Clerk of the Bankruptcy Court:<br><br>*Deborah S. Hunt* (signature)<br><br>Deborah S. Hunt |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 1/20/04 |

014067