UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 OCT 26  A 9: 04

U.S. DISTRICT COURT
NEW HAVEN, CT

KENNETH MURRAY, TRUSTEE,  :
ET AL.,                   :
      Plaintiffs,         :  Civ. No. 3:02cv2191 (PCD)
                          :
v.                        :
                          :
PATRICIA JEFFRES, ET AL.  :
      Defendants.         :

## ORDER TO SHOW CAUSE

On February 27, 2004, Defendants filed a suggestion of bankruptcy [Doc. No. 23]. Pursuant to that filing, this action was stayed on February 27, 2004. It is hereby

ORDERED, that the parties show cause, on or before November 12, 2004 why this case should not be dismissed without prejudice, to be resolved in bankruptcy. If the case is dismissed, the parties are reserved the right to reopen the case to resolve any issues not resolved by the bankruptcy proceedings. The Court will retain jurisdiction for that purpose.

SO ORDERED.

Dated at New Haven, Connecticut, October 25, 2004.

Peter C. Dorsey, U.S. District Judge
United States District Court