UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH C. MURRAY ET AL | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:02-cv-2191 (PCD) |
| V. | : | |
| | : | |
| PATRICIA JEFFRES ET AL. | : | |
| Defendants | : | FEBRUARY 7, 2005 |

## WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel hereby withdraws his appearance on behalf of the Plaintiff's in this matter. The Plaintiff's have recently engaged the law firm of Robert M. Cheverie for representation.

Respectfully submitted,

_____
J. William Gagne, Jr.
Law Office of J. William Gagne, Jr. & Assoc., P.C.
970 Farmington Avenue, Suite 207
West Hartford, CT 06107
Phone: (860) 522-5049
Fax: (860) 561-6204
Federal Bar No. ct02126

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing has been delivered by U.S. Mail, postage pre-paid to:

Bernard E. Jacques, Esquire
Pepe & Hazard LLP
225 Asylum Street
Goodwin Square
Hartford, CT 06103-4302

Robert M. Cheverie & Associates, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108


_____
J. William Gagne, Jr.
Commissioner of the Superior Court