# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

KENNETH MURRAY and STEVEN WEINZIMMER,
TRUSTEES OF THE I.U.P.A.T. DISTRICT COUNCIL
#11 HEALTH FUND; KENNETH MURRAY and
STEVEN WEINZIMMER TRUSTEES OF THE
I.U.P.A.T. DISTRICT COUNCIL #11 JOINT
APPRENTICESHIP AND TRAINING FUND; JAMES
WILLIAMS, TRUSTEE OF THE FAIR CONTRACTING FUND;
JAMES WILLIAMS, TRUSTEE OF THE POLITICAL ACTION
FUND; JAMES WILLIAMS, TRUSTEE OF THE LABOR
MANAGEMENT COOPERATION FUND; DISTRICT
COUNCIL #11 OF THE INTERNATIONAL UNION OF
PAINTERS AND ALLIED TRADES, AFL-CIO

V                                          **APPEARANCE**

PATRICIA JEFFRES, D/B/A ASSOCIATED         CASE NUMBER:
INTERIOR CONTRACTOR, D/B/A ADVANCED        3:04-CV-2191 (PCD)
INTERIOR CONTRACTOR

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case FOR ALL PLAINTIFFS

| | |
|---|---|
| February 11, 2005 | _[signature]_ |
| Date | Signature |
| ct 10873 | Thomas M. Brockett |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (860) 290-9610 | 333 East River Drive, Suite 101 |
| Telephone Number | Address |
| (860) 290-9611 | East Hartford, CT  06108 |
| Fax Number | |

tbrockett@cheverielaw.com - PLEASE ALSO CC TO lmichalek@cheverielaw.com
E-mail address

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached.

_[signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

Bernard E. Jacques, Esq.  
PEPE & HAZARD, LLP  
225 Asylum Street  
Goodwin Square  
Hartford, CT  06103-4302

J. William Gagne, Jr., Esq.  
J. WILLIAM GAGNE, JR. &  
   ASSOCIATES, P.C.  
970 Farmington Avenue, Suite 207  
West Hartford, CT  06107