FILED
2005 SEP 20 P 1: 44
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KENNETH MURRAY and STEVEN WEINZIMMER, TRUSTEES OF THE I.U.P.A.T. DISTRICT COUNCIL #11 HEALTH FUND; KENNETH MURRAY and STEVEN WEINZIMMER TRUSTEES OF THE I.U.P.A.T. DISTRICT COUNCIL #11 JOINT APPRENTICESHIP AND TRAINING FUND; JAMES WILLIAMS, TRUSTEE OF THE FAIR CONTRACTING FUND; JAMES WILLIAMS, TRUSTEE OF THE POLITICAL ACTION FUND; JAMES WILLIAMS, TRUSTEE OF THE LABOR MANAGEMENT COOPERATION FUND; DISTRICT COUNCIL #11 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO

Plaintiffs

VS.

PATRICIA JEFFRES, D/B/A ASSOCIATED INTERIOR CONTRACTOR, D/B/A ADVANCED INTERIOR CONTRACTOR

Defendant

Civil Action No.
3:02-CV-2191 (PCD)

September 19, 2005

## WITHDRAWAL OF COMPLAINT

Pursuant to Rule 41(a), the Plaintiffs in the above-captioned matter hereby withdraw the instant Complaint, as the Bankruptcy Court has issued its distribution and discharged the debtor.

PLAINTIFFS,

By: _____
Thomas M. Brockett, Esq.
ROBERT M. CHEVERIE
& ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108-4206
Tele. No.: (860) 290-9610
Fed. Bar #ct 10873

# CERTIFICATION

I hereby certify that a copy of the foregoing Withdrawal of Complaint has been mailed, first-class and postage prepaid, this 19th day of September 2005, to the following:

J. William Gagne, Jr., Esq.
J. WILLIAM GAGNE, JR. &
 ASSOCIATES, P.C.
970 Farmington Avenue, Suite 207
West Hartford, CT 06107

Bernard E. Jacques, Esq.
PEPE & HAZARD, LLP
225 Asylum Street
Goodwin Square
Hartford, CT 06103-4302

_____
THOMAS M. BROCKETT

TMB.PAINTERS DC #11.JEFFRES.2005
Withdrawal of Complaint.9-19-05