UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 SEP 23 P 12: 58

U.S. DISTRICT COURT
NEW HAVEN, CT

MURRAY, et al.,
    Plaintiff,

v.

Patricia JEFFRES, D/B/A/ ASSOCIATED INTERIOR CONTRACTOR, D/B/A ADVANCED INTERIOR CONTRACTOR,
    Defendant.

Civ. No. 3:02cv2191 (PCD)

September 22, 2005

ORDER DISMISSING CASE

On September 20, 2005, the Plaintiff in the above-captioned matter notified this Court that the Bankruptcy Court has issued its distribution and discharged the debtor [Doc. No. 29]. The present case is therefore **dismissed without prejudice**. The parties are reserved the right to reopen the case to resolve any issues not resolved by the bankruptcy proceedings. Jurisdiction is retained for that purpose. The Clerk shall close the file.

SO ORDERED.

Dated at New Haven, Connecticut, September 22, 2005

Peter C. Dorsey, U.S. District Judge

United States District Court